UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALDAS JASKULIS and SUZAN JASKULIS,<br>         Plaintiffs,<br><br>         v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>         Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No.   5:24-cv-4286 |

**O R D E R**

**AND NOW**, this 15th day of November, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, *see* ECF No. 16, is **GRANTED**;

    a. Count I and II are **DISMISSED without prejudice**;

    b. **Within twenty (20) days of the date of this Order**, Plaintiffs may file an amended complaint as to either Count;

2. If Plaintiffs fail to timely file an amended complaint, the dismissal of Counts I and II will be with prejudice and this case will be closed, without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge